# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Hejran Hejrat Co. LTD | ) ASBCA No. 61234 |
| | ) |
| Under Contract No. W5J9JE-11-C-0115 | ) |

APPEARANCE FOR THE APPELLANT:     Joseph Hennessey, Esq.
  The Law Office of Joseph Hennessey, LLC
  Chevy Chase, MD

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Michael E. Taccino, Esq.
Pietro O. Mistretta, Esq.
Aimee L. Rider, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

On November 6, 2020, appellant requested dismissal of its appeal. The appeal is dismissed with prejudice.

Dated: December 2, 2020

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61234, Appeal of Hejran Hejrat Co. LTD, rendered in conformance with the Board's Charter.

Dated:  December 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals